IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RASHOD A. McKAY,               )
                               )
           Petitioner,         )
                               )
v.                             )   Case No. CIV-14-233-R
                               )
JOHN FOX, Warden,              )
                               )
           Respondent.         )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 15. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2241 petition of Rashod A. McKay for a writ of habeas corpus is DENIED.

IT IS SO ORDERED this 19th day of June, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE